# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AALANY MCMAHAN, ISAAC DWEK, LUKE SEAGRAVES, AVROHOM SHOR, AND ARIELLA SHOR, AND THE OTHER CLAIMANTS LISTED IN APPENDIX A, <br><br> Petitioners, <br><br> v. <br><br> WHALECO INC. d/b/a TEMU <br><br> Respondent. | Case No. 1:25-cv-01590-MKB-RML <br><br> District Judge Margo K. Brodie <br><br> Magistrate Judge Robert M. Levy |

## DECLARATION OF SERRIN TURNER IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS THE PETITION TO COMPEL ARBITRATION

I, Serrin Turner, declare as follows:

1. I am a partner at the law firm Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, counsel for Respondent Whaleco Inc. d/b/a Temu ("Temu") in the above-captioned action. I am a member in good standing of the bar of the State of New York.

2. I respectfully submit this declaration in support of Respondent's Motion to Dismiss the Petition to Compel Arbitration. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit A is a true and correct copy of the complaint filed in *SCPS, LLC et al. v. Kind Law et al.*, Index No. 152508/2025 (N.Y. Sup. Ct.).

4. Attached as Exhibit B is a true and correct copy of emails exchanged between Kind Law LLP and counsel for Temu between January 22, 2024 and February 2, 2024.

1

5. Attached as Exhibit C is a true and correct copy of the Joint Statement of Issues submitted to the Process Arbitrator on behalf of the parties in the matter *Individual Claimants v. Whaleco, Inc.*, Case No. 01-24-0003-3726, in the American Arbitration Association.

6. Attached as Exhibit D is a true and correct copy of the Scheduling Order issued by the Process Arbitrator on July 26, 2024 in the matter *Individual Claimants v. Whaleco, Inc.*, Case No. 01-24-0003-3726, in the American Arbitration Association.

7. Attached as Exhibit E is a true and correct copy of a document purporting to be a retainer agreement between Kind Law LLP and Sandra Lucas, dated January 8, 2024, and located at https://www.scribd.com/document/714663668/2-Temu-Retainer-Agreement (last visited August 16, 2024).

8. I declare under the penalty of perjury, that the foregoing is true and correct.

Executed this 26th day of June, 2025.

_____
Serrin Turner

2