# EXHIBIT B

| | |
|---|---|
| Michael Kind <mk@kindlaw.com> | |
| Michael McTigue Jr. <michael.mctigue@skadden.com> | |
| hb@kindlaw.com | |
| care@kindlaw.com | |
| dispute@temu.com | |
| 2024-02-02 23:57:59 UTC | |
| Re:[## 89680 ##] Demands for Arbitration in American Arbitration Association (AAA) against Temu | |

Dear Michael,

I'm responding to you directly but keeping your client cc'd since Temu emailed us directly with you cc'd on the email.

Please see attached a spreadsheet with our proposed schedule for individual conferences. We suggest to set Monday, February 19, 2024, as the first day of individual conferences. The first day will begin at 9 am Pacific time. On that day, we will set aside twenty time slots of 20 minutes each for the first twenty of our clients. Here's the dial-In information: (267) 930-4000; access number: 660 675 088 #

Please note that Claimants do not agree that such conferences are required or enforceable under the Terms. However, without waiving any arguments, we agree to proceed with these conferences since you requested them and we would like to act in good faith to discuss early resolution. After Day 1 (February 19, 2024 or whatever other day we mutually agree on), if Claimants believe that Temu is not acting in good faith, Claimants reserve the right to object to continue to participate in further conferences (as listed in the attached) and proceed with their claims. We look forward to discussing these claims with you, in an effort to help our clients resolve their disputes in a timely and cost efficient manner.

While acknowledging the complexities involved in these matters, we are confident that the parties can work together to resolve any procedural hurdles and are happy to extend any reasonable courtesies to you.

Thank you,

Michael Kind, Esq.

8860 S. Maryland Parkway, Suite 106, Las Vegas, Nevada 89123
Direct: (702) 337-2322
Toll Free: (844) 399-KIND (5463)
Fax: (702) 329-5881
https://kindlaw.com

**<u>CONFIDENTIALITY NOTICE AND WARNING</u>**:

This email (including all attachments) is privileged and may contain confidential information that is only intended to be viewed by intended recipients. If you received this email in error, please notify me immediately and delete the message. I do not waive any rights, privileges, or the confidentiality of the email's content. Any dissemination of this communication is strictly prohibited, without my written consent. Thank you for your cooperation.

---- on Wed, 31 Jan 2024 19:21:39 -0800 **"dispute"<dispute@temu.com>** wrote ----

Mr. Kind:

We are in receipt of your clients' January 22, 2024 notices of dispute, stating that they intend to initiate an informal dispute resolution conference ("IDR Conference") under Section 19.2 of Temu's Terms of Use. Please provide a proposed date and time for each individual client who wishes to participate in an IDR Conference. Temu will either schedule a Conference for one of those times or propose alternatives.

In each individual IDR Conference, your client must participate in good faith as required under the Terms of Use, although you may also participate as their counsel. We expect each IDR Conference to last approximately 15-20 minutes and we plan to conduct them through a videoconference platform (e.g., Microsoft Teams or Zoom).

We look forward to meeting with your clients in an effort to resolve their concerns informally and in an efficient manner.

Regards,
Temu

The original message

**From:** Kind Law Care <care@kindlaw.com>
**Date:** Mon, 22 Jan, 2024, 18:13 PM EST
**To:** dispute <dispute@temu.com>
**Cc:** mk <mk@kindlaw.com>; michael.mctigue <michael.mctigue@skadden.com>; hb <hb@kindlaw.com>
**Subject:** Demands for Arbitration in American Arbitration Association (AAA) against Temu

Dear Legal Department:

Please find linked below a folder containing notices of dispute for 9937 claimants who intend to submit demands for arbitration in American Arbitration Association (AAA) if the disputes are not resolved informally. The folder include notice of dispute for each claimant that provides detailed descriptions of the dispute and the relief sought. We have al s enclosed an opt-out letter rejecting unilateral changes to today.

Please click the link below to access the file. We will send a password in a separate email.

https://workdrive.zohoexternal.com/external/3c9a7b4e5b870ad22d95294abe52f18d0e2bf3f9aee74d299f31729aa3eec

If you have any questions, please contact Mr. Michael Kind at mk@kindlaw.com or (702) 337-2322.

Thank you,

Kind Law

Michael Kind
Kind Law
8860 S. Maryland Parkway, Suite 106,
Las Vegas, Nevada 89123
Direct: (702) 337-2322
Toll Free: (844) 399-KIND (5463)

Fax: (702) 329-5881

**<u>CONFIDENTIALITY NOTICE AND WARNING</u>**:
This email (including all attachments) is privileged and may contain confidential information that is only intended to beviewed by intended recipients. If you received this email in error, please notify me
do not waive any rights, privileges, or the confidentiality of the email's content. Any dissemination of this communication is strictly prohibited, without my written consent. Thank you for your cooperation.