# **EXHIBIT E**



Dear Sandra Lucas

You've taken the first step to assert your legal rights related to your Temu claim. Next, you need to sign the agreement below so our law firm can get to work on your case.

While we are based and licensed in Nevada, when needed we partner with local law firms to ensure that we are complying with local ethical and legal requirements.

1. **Why sign up?** You may have a claim that Temu has allegedly violated consumer protection laws by engaging in false advertisements and by wiretapping the electronic communications of its customers.

2. **What do I need to do?** Review and sign this agreement before we can take any action on your claim. After you sign up, check your email periodically for updates. We will touch base with you at least once a month as long as your case is open. Should any of your information change, you can keep us updated by emailing care@claim.kindlaw.com.

3. **What to expect from us?** We will be your law firm for your privacy and false advertising claims related to Temu. However, we're not your law firm for any other type of claim. If you do have another complaint against this or a different company, please let us know via email—we're here to help.

   By signing, you give us authority to take actions on your claim without your express consent, like negotiating with the company, preparing and filing documents, advocating on your behalf, or requesting information that we need to move your claim forward. If you have questions, you can always email us at care@claim.kindlaw.com.

4. **What happens if there's a settlement?** Often, companies want to resolve your claims through a settlement. As detailed below, we will contact you if there's a settlement that we think you should accept. It is up to you whether you accept, but we will definitely let you know if it's something that we think is fair and reasonable. If you have any questions about the settlement process, email or give us a call.

5. **How our fees work.** We only get a fee if your claim is settled or results in an award for you. If that happens, our fee is 40%, unless your state sets the fee at a lower percentage or if we recover attorneys' fees from the company separately that exceed the fee we would otherwise be entitled to. We will then deduct expenses. We do not keep those—they are paid to vendors, arbitrators, experts, or others who assist in the claim process. The rest is yours. You'll never owe us anything out-of-pocket. We're not paid unless we're successful, so it's in our interest to work as hard as we can for you.

6. **When our relationship ends.** Normally, we will be your law firm until your claim is settled or resolved. However, there are a few ways our relationship can end early. First,

you can withdraw at any time. Simply send us an email at care@claim.kindlaw.com. Second, we can withdraw in some circumstances, such as a violation of this agreement, not cooperating to move your claim forward, or disregarding our advice. We may also withdraw if you do not have a claim or pursuing the claim would be extremely difficult or expensive, or we'd need to violate our ethical responsibilities by continuing to represent you. We will notify you before we withdraw from the case.

We hope you'll choose us as your legal team. We will work hard to get the best result for you. If you have any questions about this agreement, we're available at care@claim.kindlaw.com.

Sincerely,
**Kind Law**

## ATTORNEY-CLIENT RETAINER AGREEMENT

This Attorney-Client Agreement ("Agreement") is between

    Sandra Lucas

("you"), and Kind Law and Pollock Cohen LLP (collectively, the "Firm," "we," or "us"). If you have any questions about this agreement, please contact us at care@claim.kindlaw.com.

### 1. Scope of Representation

**We will serve as your attorney in connection with privacy and false advertising claims that you may have against Whaleco Inc. *dba* Temu and related subsidiaries or affiliates (collectively, the "Company"). We will represent you to the best of our ability and according to our ethical duties as a law firm. PLEASE READ THIS AGREEMENT AND THE ATTACHMENTS CAREFULLY. IN ORDER FOR US TO PROCEED ON YOUR BEHALF, YOU MUST SIGN THIS AGREEMENT ON THE LAST PAGE. BY SIGNING AND CLICKING "FINISH," YOU WILL MAKE THIS AGREEMENT BINDING UPON BOTH YOU AND US.**

Upon your signing this Agreement, we agree to represent you in privacy and false advertising claims against the Company. We do not represent you in any other matters unless we sign a separate agreement governing those matters.

By signing this Agreement, you authorize us to file a claim on your behalf and in your name in an arbitration proceeding, if we think that it is in your best interest to do so. Arbitration is a proceeding to resolve a dispute by an impartial third-party with simplified procedures, instead of with a judge and jury in court. We may also do other things we believe are in your best interest, including preparing and signing legal documents, negotiating a settlement, obtaining documents from the Company or third parties to evaluate and prosecute your claim, and limiting the relief sought if we believe doing so would be in your best interest (for example, if the Company agrees to cover arbitration fees for claims seeking relief of less than $10,000). You also give us permission to correct any minor typos on documents you sign so long as we do not change the intent of the document you signed. You also give us permission to submit to the Company the Opt-Out Authorization that you are signing below if we believe it is in your best interest to do so and if we provide written notice to you. In addition, by signing this Agreement and the attached Certificate of Compliance, you authorize us to release the Certificate of Compliance when we believe the applicable conditions have been satisfied.

We intend to also pursue similar claims to yours in a coordinated fashion, in what is known as mass arbitration. In mass arbitration, hundreds or thousands of claims that share a common set of facts are prosecuted by the same law firm(s). In some cases, we may also file your claim in court, instead of arbitration. By signing at the end of this Agreement you also approve the attached Attorney Document Authorization. If we determine that you do not have a valid claim, we will let you know by email and this Agreement shall be terminated.

The outcome of disputed legal matters is always uncertain. You understand that we cannot guarantee that this claim will be successful or that you will recover any money or obtain any other form of relief.

If the arbitrator does not rule in your favor, we will consider pursuing an appeal of the decision if allowed to do so. However, we may determine at our sole discretion not to pursue an appeal.

## 2. No Tax Advice

We have not been retained to provide you with any tax advice concerning any of the services described in this Agreement. Any documents prepared by the Firm may have specific tax ramifications. You should consult with tax advisors regarding these matters, if you have any questions.

## 3. Attorneys' Fees, Expenses & How We Disburse Funds

You won't owe us any fees unless we successfully collect a financial recovery for you by payment of an award or settlement of your claim. You will never owe us any sums out-of-pocket for fees or expenses.

Under no circumstances will we collect an unreasonably large fee.

We are a contingency fee law firm, which means that our fees are a percentage of the settlement, award, or recovery. In the event your claim settles or results in a recovery or award, our fee will be 40% of the total amount recovered. However, if the law in your state limits the contingent fees we are entitled to receive to a percentage less than 40%, we will limit our fee to the maximum amount allowed.

In some cases, we may be able to recover attorneys' fees from the Company separately. In these cases, our fee will be the greater of: (i) 40% of the total recovery, including damages and attorneys' fees; and (ii) the attorneys' fees recovered. In no cases, will we ask you to pay our attorneys' fees or costs out-of-pocket.

If you have any questions about the fee amounts that apply to your state, you may contact us at care@claim.kindlaw.com. You acknowledge that this fee is negotiable and the result of an arms-length transaction between you and us.

After our fees are deducted, we deduct expenses from your gross recovery. Expenses can include expenses specific to your individual arbitration or a share of expenses that we advance on behalf of all of our clients with similar cases for the benefit of the whole group of clients. These expenses may include costs associated with copying, printing, postage, messenger services, travel, experts, settlement administration and distribution, court filings, depositions, and other expenses related to your claim. These expenses may also include the pro rata share of costs incurred in developing the case and reaching out to potential clients. Expenses are not kept by us and are billed at cost. Once there is a

Zoho Sign Document ID: 2B1D93DF-TEHHH6TBEAK0FMCJMII6DGKR0PEAUUX24XPYOKQNXV8  Case 1:25-cv-01590-MKB-RML   Document 15-7   Filed 08/18/25   Page 6 of 11 PageID #: 527

recovery, settlement, or judgment in your favor, we will inform you in writing of the amount of expenses to be deducted from your award.

Even though you will pay nothing to us unless you recover, some state laws require that we disclose to you our regular hourly rates. The hourly rates for the Firm's attorneys and other billing professional staff who may work on your case range from $335 for junior staff, $600 for non-partner attorneys, to $850 for partners. We reserve the right to update these rates with 60-days' written notice which will be sent to your email address.

There may be laws that apply to your claim or provisions of any applicable agreement with the Company that allow a court or arbitrator to order the Company to pay your attorneys' fees, costs, or expenses (collectively "fees") if your claim is successful. If these laws or contract provisions apply, you agree that we can seek to collect these fees from the Company.

### 4. Co-Counseling Arrangement

The law firms that will represent you in this matter are Kind Law and Pollock Cohen LLP. The fee division between the law firms is 90% of total attorney fees to Kind Law and 10% to Pollock Cohen LLP. You consent to the law firms bringing on additional counsel to assist in your case, so long as it will not affect the final amount that you will receive under this agreement.

You consent to the representation by these law firms and the distribution of any fees as agreed. The total fee charged by all law firms will not increase solely by reason of the agreement to divide fees or to associate more attorneys with your case.

### 5. Settlement Offers

You give us exclusive authorization to negotiate settlements with the Company, including as part of a group settlement with other similar claims, and to make decisions about litigation or settlement tactics on your behalf. You give us the right to reject any settlement offer that is not equal to your actual loss, or the maximum allowable damages, whichever is greater, unless we believe that we have achieved the likely best settlement possible under the circumstances.

We understand that your goal is to recover as much as reasonably possible under the circumstances, based on your claim. We will do our best to help you achieve this result. Consumer protection statutes often provide up to $1,000, and sometimes as much as $5,000, of statutory damages per violation, depending on the applicable state and the facts of the claim. While our goal is to achieve the highest recovery reasonably possible, you authorize us to negotiate a settlement offer of at least $300 in value to resolve your claim. If we bring you a settlement offer from the Company, the final decision on whether to accept the offer is yours.

### 6. Multiple Clients; Apportionment of Recovery; & Conflicts of Interest

You acknowledge that you are not the only client we are representing with respect to this claim and that conflicts of interest could arise between you and our other clients.

You are one of multiple plaintiffs or claimants being represented by us with respect to this case. We may reach a single aggregate settlement of multiple claims involving the same or similar factual patterns if we believe it to be fair and adequate for the group as a whole. In the event that you do not reject the settlement, you authorize us to apportion the common expenses and recovery between all of our clients in such manner as we determine to be fair and equitable.

You will always have the right to accept or reject a settlement being offered.

**CONFLICT WAIVER**

You understand that the Firm represents multiple clients in the consumer protection case against the Company and that, depending on the facts applicable to each client, the recovery may not be identical for all clients.

The Firm is currently unaware of any actual conflicts that exist between clients arising from this joint representation.

However, it is possible that the joint representation of multiple clients could result into conflicts in ways that we cannot predict – which would potentially mean that you would need to obtain another attorney to prosecute your case. We will do our best to avoid any potential conflicts; however, we hereby advise you of this possibility.

By signing below, you agree to allow us to represent you jointly with other individuals who have similar claims against the Company and related entities and waive any conflicts that may result from us representing other similarly situated clients.

### 7. When The Firm May Withdraw as Your Attorney

We may withdraw from our representation of you in some specific circumstances:

i. If you fail to comply with any portion of this Agreement;
ii. If you fail to cooperate with us in the prosecution of your claim; including, but not limited to a failure to respond to our requests for information;
iii. If you do not follow our advice, tactics, or strategy;
iv. If at any point the continued prosecution of your case becomes economically inviable for either you or us;
v. If at any point, after further review of your records or other information, we believe that proving or prosecuting your claim will be extremely difficult or expensive;
vi. If at any point we determine that further prosecution of the case would be unethical or result in a conflict of interest; or
vii. If at any point, the Company enters bankruptcy or liquidation, or we determine that any judgment or recovery would be uncollectible.

We will provide you reasonable notice prior to withdrawing from the representation. Subject to the requirements of any applicable law or ethics code, such withdrawal will be effective by sending you an electronic notification to your last known email address.

### 8. Your Duties as Client; Electronic Communications; Admonitions

You have certain responsibilities as a client, including the responsibility to keep us updated as to your contact information, to promptly respond to our communications, and provide information and documents we need for your claim electronically or through our secure client portal.

You agree to notify us of any change in address, telephone, or other contact information by sending an email to care@claim.kindlaw.com within two weeks of a change. We may also set up an online form for you to notify us of any changes to your contact information.

You agree to cooperate in the prosecution of your claim.

You agree to respond promptly to our requests for information or documents necessary to move your claim forward.

You acknowledge that the best way to facilitate communications between you and the Firm is through email. You agree that most of our communications will be conducted by email.

You agree that we, our co-counsel, and our vendors may place autodialed or pre-recorded calls or text messages to the telephone numbers you provide for the purposes of receiving case-related information. You understand that you can revoke consent by emailing care@claim.kindlaw.com or by any other reasonable notice, and that you do not have to consent to these calls or text messages to receive services.

You can substitute another law firm for us as your attorneys at any time; however, if you do not do so for good cause and you later obtain a settlement, recovery, or judgment, you agree that we are entitled to attorneys' fees based on the amount of time we spent on your case and our costs.

### N.R.P.C. 1.5

**IN THE EVENT ARBITRATION IS COMMENCED AND YOU LOSE, YOU MAY BE LIABLE FOR THE OPPOSING PARTY'S ATTORNEYS' FEES, COSTS AND EXPENSES AS REQUIRED BY LAW.**

**A CLAIM BROUGHT SOLELY TO HARASS OR TO COERCE A SETTLEMENT MAY RESULT IN LIABILITY FOR MALICIOUS PROSECUTION OR ABUSE OF PROCESS.**

Allocation of Sanctions

You agree that any award of fees and costs that may be awarded as discovery or other sanctions shall not be considered part of your recovery and shall belong exclusively to the attorneys as additional compensation for extraordinary time and effort.

The arbitrator or court may assess monetary sanctions (including attorney fees and costs) against you for bad faith conduct, including discovery proceedings prior to the final hearing, or

inappropriate conduct during or even after the final hearing. Any such award will be your responsibility.

### 9. Statute of Limitations Waiver

Your claims must be brought within a limited time period called the Statute of Limitations. If the claims are brought after that time, your legal rights can be lost or barred forever. Because we need time to investigate your claims, it's important to promptly complete this Agreement and provide any follow-up information requested by us. If you do not, your claim may be time-barred. Even if you complete this Agreement, you agree that we do not have to take any action on your claim, and have no liability, if the Statute of Limitations period expires within 180 days of the date this signed Agreement is received.

### 10. Third-Parties Bound

This Agreement binds your heirs, executors, administrators, successors and assignees. In the event of your death, it will bind any duly appointed representative of your heirs or estate to the extent allowed by applicable law. In particular, any such representative will be bound by the provisions of this Agreement relating to the recovery of attorneys' fees and costs and other expenses from any settlement entered into by you prior to your death.

### 11. Dispute Resolution; Confidentiality

New York Fee Dispute Resolution Program

If you and the attorneys have a dispute about our legal fees, you may have the right to seek its resolution in accordance with the New York Fee Dispute Resolution Program, Part 137 of the Rules of the Chief Administrator of the State of New York. These rules are available here: http://ww2.nycourts.gov/rules/chiefadmin/137.shtml. Upon your request we will provide you with the necessary information regarding that program. You have the absolute right to have any fee dispute governed by the Fee Dispute Resolution Program. This applies only to disputes regarding our legal fees as provided for by Part 137.

Other Disputes

If you and the attorneys have any other dispute about this contract or our services, or if you determine not to utilize the Fee Dispute Resolution described above, we will first try to settle it through direct discussions. You agree to give us 30 days' notice of any dispute by sending a letter or email to mk@kindlaw.com. If you and the attorneys cannot resolve the dispute through direct discussions, both parties agree to first try to settle the dispute by mediation administered by the American Arbitration Association under its Consumer Mediation Procedures. If the parties cannot resolve the dispute then, any disagreements will be settled by arbitration administered by the American Arbitration Association in accordance with its Consumer Arbitration Rules and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The arbitration shall be governed by the laws of the State of Nevada. Unless both parties

agree otherwise, the arbitration will be conducted before a single arbitrator, based on the submission of documents or, if the arbitrator so directs, by remote or other electronic communication, and there shall be no in-person or oral hearing. An arbitration resolves a dispute before an arbitrator and not a jury of one's peers. Unlike a court proceeding, an arbitration proceeding is conducted in private and the outcome will remain confidential. The arbitrator will have no authority to award punitive or other damages not measured by the prevailing party's actual damages, except as may be required by statute. The standard provisions of the Consumer Rules shall apply. A court generally does not permit reasonable attorney fees to be imposed against a non-prevailing client in a non-frivolous action, and arbitrators will only have the authority to allocate attorneys' fees if a particular law permits them to do so. The arbitrators will have the authority to allocate the costs of the arbitration process among the parties. By agreeing to mediation and arbitration, you and we waive the right to seek remedies in court, including the right to jury trial, the possible waiver of broad discovery, and the loss of the right to appeal. The benefits of mediation and arbitration are that they are less costly for you and us, and they take less time that actions take in court. If you require additional information about the differences between a matter resolved through arbitration rather than through a judicial proceeding, you may contact us at mk@kindlaw.com. You also have the right to seek independent counsel to advise you before agreeing to this retainer agreement.

Confidentiality

You agree not to oppose any reasonable protective or sealing order we may seek in any arbitration or court proceeding in order to preserve the confidentiality of the proceeding including, but not limited to, our client information, litigation strategies or work product, or confidential procedures and practices.

## 12. No Other Law Firm

You represent to us that you have not signed an agreement with any other law firm to pursue claims against the Company. If you do not remember signing such an agreement, but you did, by signing this Agreement you terminate that prior agreement and permit us to contact and communicate with the other law firm about all issues related to your claims against the Company.

## 13. Data Policy

Information about our clients is an important part of our business, and we are not in the business of selling our clients' personal information to others. We share clients' personal information only as described below.

Parties Involved in the Litigation: As part of our effort to prosecute your claim, we may share your information with the Company, its counsel, arbitration personnel, and others involved with or impacted by your claim, like the arbitrator, experts, witnesses, investigators, and the like.

Third-Party Service Providers: We employ other companies and individuals to perform functions on our behalf. Examples include delivering packages, sending postal mail and email, removing repetitive information from customer lists, analyzing data, providing marketing assistance,

providing search results and links (including paid listings and links), processing payments, disbursing settlement proceeds, transmitting content, and providing customer service. These third-party service providers have access to personal information needed to perform their functions, but may not use it for other purposes.

Protection of our Firm and Others: We release account and other personal information when we believe release is appropriate to comply with the law or to enforce or apply this Agreement.

Other than as set out above, you will receive notice when personal information about you might be shared with third parties, and you will have an opportunity to choose not to share the information.

## 14. Headings

The headings in this Agreement are for reference purposes only and do not have any effect on the meaning or interpretation of this Agreement.

## 15. Severability; Freely Entered Into; Entire Agreement; Controlling Law

You agree that if any provision or part of this Agreement is found to be invalid or unenforceable, only that particular provision or part, and not the entire Agreement, will be inoperative; and the invalidity of a particular provision in a particular jurisdiction shall not invalidate such provision in any other jurisdiction.

You confirm that you have entered into this Agreement, including the dispute resolution provision, freely and willingly and have had the opportunity to consult with attorneys of your choice, other advisors, family, or friends about doing so.

This Agreement sets forth our full understanding. Neither you nor we have made any other promise or commitment.

This Agreement is entered into in Nevada, and shall be governed and controlled by the laws of Nevada and the Nevada Rules of Professional Conduct.

Name: Sandra Lucas

Signed:

Dated: Jan 08 2024 11:06 PST