**LATHAM & WATKINS LLP**

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

September 12, 2025

<u>VIA ECF</u>

Hon. Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *McMahan et al. v. Whaleco Inc. d/b/a Temu*, No. 25-cv-01590-MKB-CHK
<u>Notice of Request to Mark Case as Related Under Division of Business Rule 3</u>

Dear Judge Brodie:

We represent Defendant Whaleco, Inc. d/b/a Temu in the above-referenced matter. We write to inform you that we have requested that *In re: Whaleco, Inc. Malware Litigation*, No. 25-cv-04916-HG (E.D.N.Y.), pending before Judge Gonzalez, be marked related to *Hu et al. v. Whaleco et al.*, No. 23-cv-06962-MKB-RML (E.D.N.Y.) (the "*Hu*" action), *Ziboukh et al. v. Whaleco Inc. et al.*, No. 24-cv-03733-MKB-RML (E.D.N.Y.), and the above-captioned action, pending before Your Honor, pursuant to Rule 3 of the Rules for the Division of Business for the Eastern District of New York.[1] The letter filed in the *Hu* action, as the lowest numbered case, is annexed hereto as Attachment A.

Respectfully,

*/s/ Serrin Turner*

_____
Serrin Turner
of LATHAM & WATKINS LLP

---

[1] The *Hu*, *Ziboukh*, and *McMahan* actions have already been deemed related to each other. *See* Letter to Magistrate Judge Vera M. Scanlon Regarding Notice of Related Case, *McMahan et al. v. Whaleco Inc. d/b/a Temu*, No. 25-cv-01590-MKB-CHK (E.D.N.Y. Apr. 25, 2025), ECF No. 7; Order Reassigning Case, *McMahan et al. v. Whaleco Inc. d/b/a Temu*, No. 25-cv-01590-MKB-CHK (E.D.N.Y. Apr. 29, 2025) (docket entry reflecting relation to *Ziboukh* and *Hu*); Order Reassigning Case, *Ziboukh et al. v. Whaleco Inc. et al.*, No. 24-cv-03733-MKB-RML (E.D.N.Y. May 29, 2024) (docket entry reflecting relation to *Hu* action).